JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
EDWARD J. TREDINNICK (SBN 84033)
etredinnick@foxrothschild.com
NOAH THOMAS (SBN 358134)
nthomas@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:    415.364.5540
Facsimile:    415.391.4436

Attorneys for Kari Bowyer, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> SHANGRI-LA DEVELOPMENT, LLC, <br><br> Debtor. | Case No. 24-50639-MEH <br><br> Chapter 7 |
| KARI BOWYER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF SHANGRI-LA DEVELOPMENT, LLC <br><br> Plaintiff, <br><br> v. <br><br> BLACK PEARL INVESTMENT, LLC, <br><br> Defendant. | Adv. Proc. No. 25-05040 <br><br> **PLAINTIFF'S STATUS CONFERENCE STATEMENT** <br><br> Date:  November 17, 2025 <br> Time:  10:00 a.m. <br> Location:  280 S. 1st Street, Courtroom 11 <br> San Jose, CA 95113 or by Zoom |

Plaintiff Kari Bowyer, Chapter 7 ("Trustee") respectfully submits this Status Conference Statement:

Defendant Black Pearl Investment, LLC ("Defendant") has not yet formally appeared. Outside counsel for Defendant contacted counsel for the Trustee and indicated that Defendant is investigating the claims, and on October 31, 2025, outside counsel sent a letter to the Trustee regarding Defendant's investigation and potential resolution.

The Trustee respectfully requests the Court continue the Status Conference for approximately ninety (90) days in order to allow the Parties to determine if the matter may be resolved without a formal appearance by Defendant.

Date: November 3, 2025  FOX ROTHSCHILD LLP

*/s/ Jack Praetzellis*
Jack Praetzellis
*Attorneys for Plaintiff Kari Bowyer, Chapter 7 Trustee*

178806386.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: PLAINTIFF'S STATUS CONFERENCE STATEMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 3, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com

**2.** **SERVED BY UNITED STATES MAIL**: On November 3, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Black Pearl Investment, LLC
470 2nd Avenue
New York, NY 10016

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2025 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |